Form G-3 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION    DIVISION

In re:                                           )    Chapter 11

     JAF, Ltd.                     )
                                            )    No. 25-13020

       Debtor(s)             )    Judge Timothy A. Barnes

### NOTICE OF MOTION

TO: See attached list

       PLEASE TAKE NOTICE that on September 30, 2025, at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Stonegate Insurance Company [to/for] Relief from the Automatic Stay, a copy of which is attached.

       **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

       **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

       **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

       **Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

       **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Joseph T. Tripoli

Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
773-389-6494
joseph.tripoli@fmglaw.com

## CERTIFICATE OF SERVICE

I, Joseph T. Tripoli,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 18, 2025, at 5:00 p.m. *

        Joseph T. Tripoli
        [Signature]

*All applicable boxes must be checked and all blanks filled in.

**SERVICE LIST**

**Debtor's Attorney**
E. Philip Groben III
Gensburg Calandriello & Kanter, P.C.
200 W. Adams Street, Suite 2425
Chicago, IL 60606
pgroben@gcklegal.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: JAF, Ltd., | Chapter 11 |
| Debtor, | No. 25-13020 |
| | Honorable Timothy A. Barnes |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES, Stonegate Insurance Company, ("Movant"), by and through its undersigned counsel, and moves for entry of the attached Order Granting Relief from the Automatic Stay, and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The Debtor filed a petition for relief under Chapter 11 on August 25, 2025.

5. As a result of an automobile accident that occurred on August 14, 2022, involving the Debtor, Movant's insured, Movant filed a Complaint for Declaratory Relief in the Circuit Court of Cook County, Chancery Division entitled *Stonegate Insurance Company v JAF, Ltd., et al.*, Case No. 2024 CH 08645 (the "Coverage Action"). The Complaint attached hereto as **Exhibit 1**.

6. Movant seeks relief pursuant to 11 U.S.C. § 362(d)(1) for cause. For the forgoing reasons, cause exists for the Court to exercise its discretion and grant the Movant relief from the automatic stay under 11 U.S.C. § 362(d)(1). The Movant merely seeks to pursue declaratory judgment to determine its rights and responsibilities under its insurance policy with respect to the Coverage

Action; it does not seek to pursue a monetary judgment against any person or company, or to pursue any other claims against the Debtor or its assets.

7. The movant requests the Court to order that Rule 4001(a)(4) is not applicable.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay, and for such further relief as this Court deems proper.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

**Counsel for Stonegate Insurance Company**

Joseph T. Tripoli (ARDC #6302088)
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: 773-389-6494
joseph.tripoli@fmglaw.com